In The United States Bankruptcy Court
For The Western District of Louisiana
"Lake Charles Division"

In re: LATASHA ANDERSON          Case No: 16-20635
Debtor                            Chapter 13

## CHAPTER 13 PLAN

The Debtor will pay $200.00 per month to the Trustee for thirty-six months. The debtor submits all future income to the supervision and control of the trustee during this case. Additionally, debtor dedicates any future tax refunds received for the 2016, 2017, and 2018 tax years to the supervision and control of the Trustee. From the sums so received the Trustee shall make disbursements as follows:

1. **Administrative claims:**
   The trustee shall disburse dividends on administrative claims as soon as funds therefore become available.
   a. The Trustee shall *10%* of the monthly Plan payment for administration of the bankruptcy estate of the debtor(s); and
   b. Romelzy Willis, Jr. has an attorney fee balance of *$2,800.00* for the filing of the Bankruptcy Petition, schedules and Plan.

2. **Secured Claims:**

   After payment of the Class 1, administrative claims, the Trustee shall make payments to the creditors named in this paragraph whose claims are secured by real or moveable property unless said property is being surrendered or direct payments are to be made directly to said creditor. Each creditor shall be paid in installments from available funds, monthly, until each claim is paid.

   a) *SANTANDER* has a mortgage on a 2007 Chevy Malibu in the amount of $3,500.00 to be paid at 5% per annum interest.

   b) *OCWEN* holds a first mortgage on the debtor's residence. The on-going regular monthly payment of $412.00 is not included in the plan payment. The debtor will continue to make direct monthly payments to the creditor.

3. **Priority Claims:**

   After payment of the Class 1, administrative claims, the Trustee shall make payments, infra, of the following priority creditors on a pro-rata basis, until paid in full:

   NONE

**4. Unsecured Claims:**

All other creditors not schedule above are deemed unsecured without priority and shall be paid pro rata from funds remaining after payment of above scheduled claims. Debtor(s) estimate the unsecured claims to total *$26,000.00* and proposes to provide a payment of 0%.

**5. Other Provisions:**
   a. Title to debtor's property will revest at confirmation;
   b. Insurance to protect those creditors having secured claims will be provided;
   c. Pursuant to 11 USCA 1325(a)(5)(B), Secured creditors will retain their lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law; or discharge under 1328. If the case under this chapter is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law.

Dated: July 22, 2016

/s/ Romelzy Willis, Jr.
Romelzy Willis, Jr. (27689)
217 West 6th Avenue
P.O. Box 1368
Oberlin, La. 70655
Phone: (337) 639-4600
Fax: (337) 639-4697